UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL STEVENSON,

    Petitioner,

v.

RAYMOND MADDEN,

    Respondent.

Case No. 20-cv-07340-TSH

**ORDER TO SHOW CAUSE**

Petitioner Paul Stevenson, who is in custody, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response. Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) The Clerk of Court shall serve a copy of the Petition and this Order upon Respondent Raymond Madden and the Attorney General of the State of California. *See* 28 U.S.C. § 2254, Rule 4.

(2) Respondent shall then file and serve an answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal record that were previously transcribed and are relevant to the issues presented by the petition.

(3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(4) Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If such a motion is filed, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within 28 days of the date the

motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within 14 days of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: October 23, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge